# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BLANCA SOTELO, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FCA US LLC, a Limited Liability Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:20-cv-00500-TJH-SHK<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>[ECF No. 12] |

The parties have filed a stipulation in this case agreeing that Plaintiff's total damages in this matter, excluding attorneys' fees and costs, do not exceed $75,000 (ECF No. 12). Based on the stipulation of the parties and because this case was removed on the basis of diversity jurisdiction, it now appears that the Court lacks subject-matter jurisdiction over the case (*see* 28 U.S.C. § 1332(a)). As a result, the Court REMANDS the matter to state court.

**IT IS SO ORDERED.**

Dated: April 28. 2020

　　　　　　　　　　　　　　　　　　　Hon. Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge